```
           FILED
      U.S. DISTRICT COURT
      DISTRICT OF MARYLAND
      2002 FEB 19  P 2: 51
         AT BALTIMORE
              DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TED R. WOLINSKI            :
                           :
            v.             :   CIVIL ACTION NO. MJG-02-149
                           :
UNITED STATES OF AMERICA   :

..oOo..

## O R D E R

In accordance with the foregoing Memorandum, IT IS this 15th day of February, 2002, by this Court hereby ORDERED:

1. That this case IS DISMISSED;

2. That the Clerk of the Court CLOSE this case; and

3. That the Clerk of Court MAIL a copy of this Order, together with the foregoing Memorandum, to plaintiff and to Assistant United States Attorney Virginia B. Evans.

_____
Marvin J. Garbis
United States District Judge